■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BYRD, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered on or about December 13, 2005, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Buckley, Catterson and McGuire, JJ.